JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joey Lynn Stader (Cullins),<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Kilolo Kijakazi, Acting<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:21-cv-00426 EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

　　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from February 22, 2022 to April 25, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　　This is Plaintiff's first request for an extension of time.  Good cause exists for this extension.  As this Court is well aware, Social Security case filings in federal court increased due to a combination of factors including an increase in appeals council decisions and an increase in hearings at the administrative levels.  Then, as a result of the pandemic, shelter-in-place

mandates, and Court ordered Stays, there were significant delays in producing transcripts. In recent months, Counsel for the Plaintiff has received a greater-than-usual number of Answers and Certified Administrative Records from defendant including over 60 cases in November and December 2021.

For the weeks of February 21, 2022 and February 28, 2022, Counsel for Plaintiff has 17 merit briefs, and several letter briefs and reply briefs. Counsel also has 16 administrative hearings before the Office of Hearings Operations. For the month of March 2022, Counsel has over 22 merit briefs, in addition to reply briefs, and EAJA motions. Lastly, another attorney with the firm, Ms. Dolly Trompeter, is currently out of state due to her father's medical condition and as a result, the undersigned has taken on additional matters compounding the need for an additional extension.

Counsel for the Plaintiff does not intend to further delay this matter. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: February 9, 2022        PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

| | | |
|---|---|---|
| Dated: February 9, 2022 | | PHILLIP A. TALBERT<br>United States Attorney<br>WILLY LE<br>Acting Regional Chief Counsel, Region X<br>Social Security Administration |
| | By: | */s/ Katherine Bennett Watson*<br>Katherine Bennett Watson<br>Special Assistant United States Attorney<br>Attorneys for Defendant<br>(*As authorized by email on February 9, 2022) |

**ORDER**

Pursuant to the parties' stipulation (ECF No. 16), IT IS HEREBY ORDERED that Plaintiff shall file and serve an Opening Brief by April 25, 2022. All remaining deadlines in the Scheduling Order (ECF No. 5) are extended accordingly.

IT IS SO ORDERED.

Dated: __**February 11, 2022**__          /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE