DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joey Lynn Stader (Cullins), | Case No. 1:21-cv-00426-EPG |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| vs. | |
| Kilolo Kijakazi, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from April 25, 2022 to May 25, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's second request for an extension of time.  Plaintiff's Counsel respectfully states that the requested extension is necessary due to an error while calendaring in which we did not include the deadline for this brief. Counsel requires additional time to brief the

issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: May 3, 2022          PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Dolly M. Trompeter*
DOLLY M. TROMPETER
Attorneys for Plaintiff



Dated: May 3, 2022          PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration


By:  */s/ Katherine Bennett Watson*
Katherine Bennett Watson
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on May 3, 2022)

1

**<u>ORDER</u>**

2          Pursuant to the parties' stipulation (ECF No. 18), IT IS HEREBY ORDERED that

3   Plaintiff shall file her Opening Brief by May 25, 2022. All remaining deadlines in the Scheduling

4   Order (ECF No. 5) are extended accordingly.

5

6   IT IS SO ORDERED.

7          Dated:   **May 4, 2022**                    /s/ Erica P. Grosjean

8                                              UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28