UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEY LYNN STADER CULLINS,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:21-cv-00426-EPG<br><br>ORDER GRANTING STIPULATION FOR REMAND<br><br>(ECF No. 21) |

Based upon the parties' stipulation (ECF No. 21), IT IS HEREBY ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **June 23, 2022**              /s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1