UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEY LYNN STADER CULLINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:21-cv-00426-EPG<br><br>ORDER GRANTING UNOPPOSED MOTION FOR ATTORNEY'S FEE PURSUANT TO EQUAL JUSTICE ACT 20 U.S.C. § 2412(d)<br><br>(ECF No. 24). |

On September 21, 2022, Plaintiff filed a motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (ECF No. 24). On September 27, 2022, Defendant filed a statement of non-opposition, which states that "[t]he Commissioner has given substantive consideration to the merits of Plaintiff's request and found no basis to object. Therefore, Defendant has no objection to this request and will defer to the Court's assessment of the matter." (ECF No. 26). Based on the non-opposition, the Court will grant Plaintiff's motion.

IT IS HEREBY ORDERED that:

1. Plaintiff's motion for attorney's fees (ECF No. 24) is GRANTED;

\\\

\\\

\\\

\\\

1

2. Attorney fees and expenses in the amount of Eight Thousand One Hundred Fifty-Six Dollars and Thirty-Nine Cents ($8,156.39) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff.

IT IS SO ORDERED.

Dated:   **September 30, 2022**             /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE